IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMY MCCONNELL, et al.,             NO.   CIV.S-05-0909 FCD DAD

       Plaintiffs,

   v.                       <u>ORDER</u>

LASSEN COUNTY, et al.,

       Defendants.
_____/

        This matter came before the court on October 20, 2006, for hearing on plaintiffs' motion for protective order.  Treva Hearne appeared on behalf of plaintiffs.  Kathleen Williams appeared on behalf of the Lassen County defendants.  Ronald Enabnit appeared on behalf of defendant Environmental Alternatives, Inc.  Brian Gravdal appeared on behalf of defendant Barbara Coy.  Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons more fully set forth on the record during the hearing, it is HEREBY ORDERED that:

/////

1

1. Plaintiffs' motion for protective order is granted in part and denied in part.

2. Defendants shall be permitted to take the deposition of the three minor children who are the subject of the instant motion.

3. Each deposition shall occur at a mutually convenient time and location to be agreed upon by the parties except that the location must be able to accommodate the number of persons who will be allowed to be in attendance under the terms of this order and must be conducted so as to be completed by December 1, 2006.

4. The depositions shall be videotaped.

5. Only the following persons are permitted to attend each deposition: the child being deposed; plaintiff Amy McConnell (the mother of the children); one plaintiffs' attorney; three defense attorneys made up of one attorney on behalf of each of the three groups of defendants; Ann Wolbert Burgess (plaintiffs' expert witness); the child's counselor or other mental health professional; a videographer; and a court reporter.

6. The two eldest children shall not be deposed any longer that a total of 4.5 hours, excluding breaks. The youngest child's deposition shall not exceed 3 hours, excluding breaks.

7. The scope of the questioning shall be limited to the parameters set forth on the record during the hearing.

DATED: October 23, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\mcconnell.oah.102006

2