IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMY MCCONNELL, et al.,    NO. CIV.S-05-0909 FCD DAD

   Plaintiffs,

   v.   ORDER

LASSEN COUNTY, et al.,

   Defendants.
_____/

This matter came before the court on November 17, 2006, for hearing on the Lassen County defendants' motion to compel. Treva Hearne appeared on behalf of plaintiffs. Rachel Stern appeared on behalf of the Lassen County defendants. Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons more fully set forth on the record during the hearing, it is HEREBY ORDERED that:

1. Defendants' motion to compel is granted;

2. Plaintiffs shall provide defendants with complete responses to the discovery requests at issue;

1

3. Counsel for plaintiffs shall pay sanctions to defense counsel in the amount of $588 to cover the expenses of this motion; and

4. Plaintiffs and their counsel shall comply with the terms of this order on or before December 15, 2006.

DATED: November 17, 2006.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\mcconnell.oah.111706