IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMY MCCONNELL, et al.,                NO.  CIV.S-05-0909 FCD DAD

      Plaintiffs,

  v.                                    ORDER

LASSEN COUNTY, et al.,

      Defendants.
_____/

      This matter came before the court on January 12, 2007, for hearing on the motion to compel production of documents and responses to interrogatories filed on behalf of defendants Terry Chapman, James Chapman, Jack Hanson, Brian Dahle and Lassen County and a motion for terminating sanctions due to failure to comply with the court's prior discovery order brought on behalf of defendants Lloyd Keefer, Bob Pyle and Terry Chapman.  Treva Hearne appeared on behalf of plaintiffs.  Kathleen J. Williams appeared on behalf of all moving defendants.  Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the

1

reasons more fully set forth on the record during the hearing, it is HEREBY ORDERED that:

    1. Defendants' motion to compel production of documents and further answers to interrogatories is granted in part and denied in part as indicated;

    2. Plaintiffs and their counsel shall comply with the terms of this order by providing all supplemental discovery responses, including proper verifications, on or before January 18, 2007;

    3. On or before March 13, 2007, counsel for plaintiffs shall pay sanctions to defense counsel in the amount of $1,000 to cover the expenses of bringing the motion to compel with the court retaining jurisdiction to enforce the terms of this order; and

    4. Defendants' motion for terminating sanctions is denied in its entirety.

DATED: January 18, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\mcconnell.oah.111706