Treva J. Hearne, SBN 159542
Robert R. Hager *(Admitted pro hac vice)*
Nevada SBN 1482
**HAGER & HEARNE**
910 Parr Blvd., Suite #8
Reno, Nevada 89512
Telephone # 775/329-5800
Facsimile #775/329.5819
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| AMY McCONNELL and AMY McCONNELL on behalf of her minor children, A.B., A.B., J.M. and J.M.;<br><br>Plaintiffs,<br><br>vs.<br><br>LASSEN COUNTY, CALIFORNIA, et al.,<br><br>Defendants. | Case No. 2:05-CV-00909-FCD-DAD<br><br>STIPULATION AND ORDER<br><br>**"AS MODIFIED"** |

IT IS HEREBY STIPULATED between the parties, Plaintiffs, Amy McConnell, and Amy McConnell, on behalf of her minor children, through their attorneys, Hager & Hearne, and Terry Chapman, through his counsel, Kathleen J. Williams, pursuant to all the terms set forth herein as follows:

It is agreed that the final pretrial conference currently scheduled for Friday, October 19, 2007, at 2:30 p.m, be continued and reset for Friday, November 16, 2007, at 2:00 p.m.

It is further agreed that the time for filing the joint pretrial statement which is currently due to be filed no later than October 12, 2007, be extended to and including November 9, 2007.

The continuance of the final pretrial conference as well as the time for filing the joint pretrial statement is necessary because the Plaintiffs currently have one question of law which they are trying to evaluate. In addition, Robert R. Hager is scheduled for

- 1 -

1 emergency surgery in Texas and Treva J. Hearne will be out of the office from October 2 10 through October 12, 2007, on a pre-arranged trip.  Since the parties are down to one 3 issue and the trial is scheduled for January, 2008, Plaintiffs have requested this short 4 extension.

5 Accordingly, the parties jointly request that a new final pretrial conference be 6 scheduled for November 16, 2007, at 2:00 p.m., and that the time for filing the joint 7 pretrial statement be extended to November 9, 2007, provided that Terry Chapman's 8 request regarding a hearing date for the motions in limine is also granted.

9 Terry Chapman stipulates to this continuance only if the Court is willing to set the 10 hearing on the motions in limine for a date on or before December 14, 2007.  This 11 request is made by Terry Chapman because rulings on the motions may severely limit 12 the number of witnesses it will be necessary for Mr. Chapman to call at the time of trial.

13 Dated: October 9, 2007.                      HAGER & HEARNE

By /s/ Treva J. Hearne
TREVA J. HEARNE, SBN 159542
Attorneys for Plaintiff

17 Dated: October 9, 2007.          (authorization received by facsimile)
KATHLEEN WILLIAMS, ESQ.
Attorney for Defendant, TERRY CHAPMAN

**ORDER**

FOR GOOD CAUSE SHOWN the court hereby issues the following orders:

The final pretrial conference set for October 19, 2007 is RESET for November 16, 2007, at 2:00 p.m..  The joint pretrial statement shall be filed no later than November 9, 2007.  No hearing shall be set as to motions in limine at this time.

IT IS SO ORDERED.

Dated: October 11, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE