UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GEORGIA MAE GARRETT, et al., | NO. 2:05-cv-0387 FCD/DAD |
| Plaintiffs, | |
| v. | <u>ORDER OF NON-RELATED CASES</u> |
| CITY OF VALLEJO, et al., | |
| Defendant s. | |
| ———————————/ | |
| AMY MCCONNELL, et al., | NO. 2:05-cv-0909 FCD/DAD |
| Plaintiffs, | |
| v. | |
| LASSEN COUNTY, et al., | |
| Defendants. | |
| ———————————/ | |
| OLLIE ROBERT MACK, III, | NO. 2:07-cv-2371 LKK/KJM PS |
| Plainitff, | |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION, et al., | |
| Defendants. | |
| ———————————/ | |

----oo0oo----

1  The undersigned judge declines to relate the above-captioned cases pursuant to Local
2  Rule 83-123(a).  Assignment of the matters to the same judge is not likely to effect a substantial
3  savings of judicial effort or other economies.  Both actions involve the same or similar
4  defendants, but the actions involve events specific to each party, the questions of fact are
5  different, the questions of law are not novel, it is not clear that the same result should follow in
6  both actions, and assignment to different judges would not entail substantial duplication of labor.
7  IT IS SO ORDERED.
8  DATED: March 18, 2008

FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE