UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| AMY McCONNELL and AMY McCONNELL on behalf of her four minor children, A.B., A.B. J.M. and J.M., | |
| | NO. CIV. S-05-0909 FCD DAD |
| Plaintiffs, | |
| v. | ORDER |
| LASSEN COUNTY, CALIFORNIA; JAMES CHAPMAN, BOB PYLE, LLOYD KEIFER, BRIAN DAHLE and JACK HANSON, BOARD OF SUPERVISORS OF LASSEN COUNTY, CALIFORNIA; MARGARET CROSBY, DIRECTOR OF CHILD PROTECTIVE SERVICES, LASSEN COUNTY, TERRY CHAPMAN, LOEL GRIFFITH and DIRECTOR OF CALIFORNIA STATE DEPARTMENT OF SOCIAL SERVICES, | |
| Defendants. | |

----oo0oo----

Having considered defendant Lassen County's *ex parte* application for a Stay and plaintiffs' opposition thereto, the court finds good cause to continue the following dates based upon

defendant's pending motions:

    (1)   the Pre-trial Statement is due October 3, 2008;

    (2)   the Final Pre-trial Conference is set for October 10, 2008 at 10:00 a.m.; and

    (3)   the trial is set for November 18, 2008 at 9:00 a.m.

    IT IS SO ORDERED.

DATED: August 4, 2008

_____
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE