**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants,
LASSEN COUNTY and TERRY CHAPMAN

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY McCONNELL and AMY McCONNELL on behalf of her four minor children, A.B., A.B. J.M. and J.M.<br><br>Plaintiffs,<br><br>vs.<br><br>LASSEN COUNTY, CALIFORNIA; JAMES CHAPMAN, BOB PYLE, LLOYD KEIFER, BRIAN DAHLE and JACK HANSON, BOARD OF SUPERVISORS OF LASSEN COUNTY, CALIFORNIA; MARGARET CROSBY, DIRECTOR OF CHILD PROTECTIVE SERVICES, LASSEN COUNTY, TERRY CHAPMAN, LOEL GRIFFITH and DIRECTOR OF CALIFORNIA STATE DEPARTMENT OF SOCIAL SERVICES,<br><br>Defendants. | CASE NO: CIV-S-05 0909 FCD DAD<br><br>**ORDER MOVING FINAL PRE-TRIAL CONFERENCE**<br><br>**TRIAL: November 18, 2008** |

The Court, having considered the stipulation of the parties, hereby makes the following order:

(1) The Final Pre-Trial Conference is set for Monday, October 20, 2008 at 2:00 p.m. in Courtroom 2 of the above-entitled Court located at 501 I Street, Sacramento, California.

(2) The Joint Pre-Trial Conference Statement is due by October 3, 2008.

DATED: September 10, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

*McConnell v. Lassen* [CIV S 05-0909 FCD-DAD]Order Moving Final Pre-Trial Conference      Page 2