**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB # 156333

Attorneys for defendants,
TERRY CHAPMAN and LASSEN COUNTY

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMY McCONNELL and AMY McCONNELL on behalf of her four minor children, A.B., A.B. J.M. and J.M.<br><br>             Plaintiffs,<br><br>vs.<br><br>LASSEN COUNTY, CALIFORNIA; JAMES CHAPMAN, BOB PYLE, LLOYD KEIFER, BRIAN DAHLE and JACK HANSON, BOARD OF SUPERVISORS OF LASSEN COUNTY, CALIFORNIA; MARGARET CROSBY, DIRECTOR OF CHILD PROTECTIVE SERVICES, LASSEN COUNTY, TERRY CHAPMAN, LOEL GRIFFITH and DIRECTOR OF CALIFORNIA STATE DEPARTMENT OF SOCIAL SERVICES,<br><br>             Defendants. | CASE NO: CIV-S-05-0909 FCD DAD<br><br>**ORDER GRANTING TELEPHONIC APPEARANCE AT HEARING ON PETITION FOR APPROVAL OF MINORS' COMPROMISES**<br><br><br><br><br><br><br>**DATE:**  March 12, 2010<br>**TIME:**  10:00 A.M.<br>**CRTM:**  2<br>**TRIAL:**  Not set |

///

///

///

///

///

*McConnell v. Lassen* [CIV S 05-0909 FCD-DAD] Order Granting Telephonic Appearance                                    Page 1

1  Having considered the request to appear telephonically and good cause having
2  been shown, the request is hereby granted.  Counsel for defendants may appear
3  telephonically and may use the cell phone bearing the number (916) 837-5088 to do so.
4  **IT IS SO ORDERED.**
5  Dated: January 21, 2010

*[signature]*

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE