# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY McCONNELL, individually, and AMY McCONNELL on behalf of her four minor children, A.B., A.B., J.M., and J.M.,<br><br>Plaintiffs,<br><br>v.<br><br>LASSEN COUNTY, CALIFORNIA, et. al.,<br><br>Defendants. | CASE NO.: 2:05-CV-0909-FCD-DAD<br><br>STIPULATION AND ORDER FOR DISMISSAL |

Plaintiffs AMY McCONNELL, individually, and AMY McCONNELL, on behalf of her four minor children, identified herein as A.B. (male), A.B. (female), J.M. (male), and J.M. (female), and Defendants LASSEN COUNTY and TERRY CHAPMAN, through their respective attorneys of record, hereby stipulate that this action may be DISMISSED WITH PREJUDICE as to all persons and entities who are, or have ever been, a party to this action, save and except Environmental Alternatives, Inc.

The dismissal with prejudice shall not preclude Plaintiffs from appealing the summary judgment rendered herein in favor of Environmental Alternatives, Inc.

///

///

1

STIPULATION AND ORDER FOR DISMISSAL

The dismissal with prejudice shall not preclude Plaintiffs from appealing the award of costs and attorneys' fees set forth in Docket Number 310 of the above-captioned case.

DATED: 31 March 2010          **RANDALL K. EDWARDS, PLLC**

By: Randall K. Edwards[1]
Randall K. Edwards, CSB 114370
Attorney for Plaintiff Amy McConnell, individually

DATED: 31 March 2010          **HAGER & HEARNE**

By: Treva J. Hearne
Treva J. Hearne, CSB 159542
Attorneys for Plaintiff Amy McConnell, on behalf of her four minor children, A.B., A.B., J.M., and J.M.

DATED: 31 March 2010          **WILLIAMS & ASSOCIATES**

By: Kathleen J. Williams
Kathleen J. Williams, CSB 127021
Attorneys for Defendants Lassen County and Terry Chapman

**IT IS SO ORDERED.**

DATED: April 2, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Randall K. Edwards, counsel for Amy McConnell, individually, hereby certifies 1) that he has executed an original of this document; 2) that he has reviewed a fax copy of the signature of Treva Hearne, counsel for Amy McConnell on behalf of the minor plaintiffs, and has confirmed her signature of the same by telephone conference with her; and 3) that he has confirmed telephonically with Kathleen Williams, counsel for Lassen County and Terry Chapman, that she assents to her electronic signature hereto.